# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**STEPHANIE JOHNSON**                                                         **PLAINTIFF**

**V.**                       **CASE NO. 3:13CV00168-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Plaintiff Stephanie Johnson's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 23rd day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE